IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00230-CMA-KLM

STEPHEN REES,

   Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

   Defendant.

## ORDER VACATING FINAL PRETRIAL CONFERENCE

In light of this Court's Combined Practice Standards IV Trials (A), the Final Pretrial Conference set on April 1, 2009, at 9:00 a.m. is VACATED and shall be reset by Magistrate Mix. The parties should expect to be given a firm trial setting that is 60 to 120 days from the date of the <u>final pretrial conference</u>, and should be available for trial accordingly.

   DATED: February   4  , 2009

                                    BY THE COURT:

                                    *Christine M Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge